**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Stephanie Allen, Mark Allen, as Individuals, and Absolute Life
                         Wellness Center, Inc. as Texas Professional Services Corporation, on
                         behalf of themselves and for All Other Similarly Situated v. United
                         Services Automobile Association, USAA Casualty Insurance
                         Company, USAA General Indemnity Company, Garrison Property
                         And Casualty Insurance Company, and USAA County Mutual
                         Insurance

Appellate case number:   01-20-00305-CV

Trial court case number: D-1-GN-17-000155

Trial court:             345th District Court of Travis County

Appellees, United Services Automobile Association, USAA Casualty Insurance Company, USAA General Indemnity Company, Garrison Property and Casualty Insurance Company, and USAA County Mutual Insurance, have filed an unopposed motion to strike the original record on appeal. Appellees' motion is **granted.**

We **strike** the clerk's record on file and **order** the parties to coordinate with the Travis County district clerk to file a new clerk's record within 30 days of the date of this order. The new clerk's record must (1) comply with the procedure for sealing court records set forth in Texas Rule of Civil Procedure 76a, and (2) segregate between the sealed and unsealed portions of the record.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually

Date:  May 5, 2020